NO









NO. 12-09-00397-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

DWAYNE GILBREATH AND,

PATSY GILBREATH,                                       '     APPEAL
FROM THE 402ND

APPELLANTS

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

MATTIE STEED AND

PAT BIRMINGHAM,                                        '     WOOD COUNTY,
TEXAS

APPELLEES

 





MEMORANDUM
OPINION

PER
CURIAM

            On
November 20, 2009, Appellants Dwayne Gilbreath and Patsy Gilbreath filed a
notice of appeal from an order granting a summary judgment, which was signed by
the trial court on November 4, 2009.  On February 3, 2010, this court notified
Appellants that the district clerk’s record received in this appeal does not
include a final judgment or other appealable order.  Therefore, the record does
not show that this court has jurisdiction of the appeal.  Appellants were
further notified that their appeal would be dismissed if the information
received in the appeal was not amended on or before February 15, 2010 to show
the jurisdiction of this court.  The deadline for amendment has passed, and
Appellants have neither responded to this court’s February 3, 2010 notice or
otherwise shown the jurisdiction of this court.  Accordingly, the appeal is dismissed
for want of jurisdiction.  See Tex.
R. App. P. 37.2, 42.3.

Opinion delivered February 26, 2010.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(PUBLISH)